## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

**CHAMBERS OF**
**PAUL W. GRIMM**
**UNITED STATES DISTRICT JUDGE**

**6500 CHERRYWOOD LANE**
**GREENBELT, MARYLAND 20770**
**(301) 344-0670**
**(301) 344-3910 FAX**

April 15, 2019

RE: *Garnier-Theibaut, Inc. v. Castello 1935 Inc. et al.*, 17-3632

## **LETTER ORDER**

Dear Parties:

      The letter order memorializes today's conference call. Plaintiff's counsel confirmed that he will not be filing a motion for summary judgment. Mr. Campbell stated that he now has an attorney whom he will meet with on Thursday, April 18, 2019. Discovery has concluded, there will be no dispositive motions filed, and a call is set for next Wednesday to set a date for a bench trial. Mr. Campbell's attorney should enter his appearance and participate in that call; if Mr. Campbell has not retained counsel by next Wednesday, Mr. Campbell should participate in that call *pro se*.

      Please be advised the Court has scheduled a conference call for **Wednesday, April 24, 2019 at 11:30 a.m**. The parties are directed to call in on the designated date and time. The call in information is as follows:

**Call-In Number: (877) 848-7030**
**Access Code: 9549728**
**Participant Password: 042419**

      Although informal, this is an Order of the Court and shall be docketed as such.

Sincerely,

/S/
Paul W. Grimm
United States District Judge

lyb